# United States District Court
# Central District of California

| | |
|---|---|
| NOVELTY TEXTILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROOMMATES, INC.; NATIONAL STORES, INC., <br><br> Defendants. | Case No. 2:14-cv-03726-ODW(FFMx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT [19]** |

The Court has been informed that the parties have reached a settlement. (ECF No. 19.) Plaintiff Novelty Textile, Inc. seeks 45 days to finalize settlement before dismissing this action. Accordingly, the Court **DISCHARGES** the June 17, 2014 Order to Show Cause regarding default judgment. (ECF No. 16.) Instead, the Court hereby **ORDERS** Novelty **TO SHOW CAUSE no later than Monday, August 4, 2014**, why settlement has not been finalized. No hearing will be held. This Order to Show Cause will be discharged upon the filing of a dismissal. All other dates in this action are **VACATED**.

**IT IS SO ORDERED.**

June 20, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**